JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Meggs, Individually,<br><br>                Plaintiff,<br><br>v.<br><br>GOPAL, LLC, a California Limited Liability Company,<br><br>                Defendant. | **Case # 5:16-cv-02630-R-SP**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER is before the Court upon a Stipulation for Dismissal with Prejudice, ECF Document Number 30. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation for Dismissal with Prejudice filed herein by the Plaintiff and the Defendant, ECF Document Number 30, be and the same is hereby approved;
2. The above-styled cause be and the same is hereby DISMISSED with prejudice;
3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

/ / /

/ / /

4. To the extent not otherwise disposed of herein, all pending Motions are hereby DENIED as moot.

DONE AND ORDERED in Chambers this 12th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE